**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| VERIZON EMPLOYEE BENEFITS COMMITTEE, | )<br>)<br>) No. 2:14-CV-04047-NKL |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| SALLIE FROMM and CENTRAL TRUST AND INVESTMENT COMPANY, | )<br>)<br>)<br>) |
| Defendants. | |

**ORDER**

Based on the stipulation for modification filed by the Plaintiff and Defendants William Parrish and Pershing LLC [Doc. 42], the preliminary injunction entered by the Court on April 14, 2014 prior to consolidation as to these Defendants in case no. 2:14-CV-04056-NKL [Doc. 29] is hereby modified as follows:

1. Effective upon entry of this Order, all restrictions on Defendant William Parrish's transferring or withdrawing funds from Pershing IRA Account Nos. XXXXX5246 and XXXXX9622 are hereby vacated and removed.

2. All other provisions in the Court's April 14, 2014 Order as to Defendants William Parrish and Pershing LLC shall remain in effect, including the provision that until further order of the Court, Defendant William Parrish is prohibited from dissipating, transferring, pledging, spending, disposing of, or encumbering the $233,577.17 rollover distribution from the Pension Plan. This prohibition includes but is not limited to William Parrish's withdrawal or transfer of any funds from Money Market Account No. XX5563 established by him with Commerce Bank.

In accordance with the foregoing, the stipulated request by the Plaintiff and Defendants William Parrish and Pershing LLC for the entry of a modified preliminary injunction [Doc. 42] is GRANTED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: June 4, 2014
Jefferson City, Missouri