# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| VERIZON EMPLOYEE BENEFITS COMMITTEE, | ) ) |
| | ) No. 2:14-CV-04047-NKL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SALLIE FROMM and CENTRAL TRUST AND INVESTMENT COMPANY, | ) ) ) |
| | ) |
| Defendants. | |

## ORDER

Plaintiff Verizon Employee Benefits Committee and Defendants Gary Nichols and Pershing LLC filed a joint motion to modify [Doc. 54] the preliminary injunction entered by the Court on April 14, 2014 in case no. 2:14-CV-04059-NKL [Doc. 30 therein], prior to consolidation.

The motion is GRANTED and the preliminary injunction is modified to permit payment of $310,102.74 out of Pershing IRA Account No. XXXXX8349.

SO ORDERED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated:  July 31, 2014
Jefferson City, Missouri