# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| VERIZON EMPLOYEE BENEFITS COMMITTEE, ) ) ) ) Plaintiff, ) ) v. ) ) SALLIE FROMM and CENTRAL ) TRUST AND INVESTMENT ) COMPANY, ) ) Defendants. | No. 2:14-CV-04047-NKL |

## ORDER

Plaintiff Verizon Employee Benefits Committee and Defendants Glenn Boyer and Pershing LLC filed a joint motion to modify [Doc. 55] the preliminary injunction entered by the Court on April 14, 2014 in case no. 2:14-CV-04050-NKL [Doc. 29 therein], prior to consolidation.

The motion is GRANTED and the preliminary injunction is modified to permit payment of $100,354.31 out of Pershing IRA Account No. XXXXX3191.

SO ORDERED.

s/ Nanette K. Laughrey<br>
NANETTE K. LAUGHREY<br>
United States District Judge

Dated:  July 31, 2014
Jefferson City, Missouri