IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| VERIZON EMPLOYEE BENEFITS COMMITTEE, | )<br>)<br>) No. 2:14-CV-04047-NKL |
| Plaintiff, | ) |
| v. | ) |
| SALLIE FROMM and CENTRAL TRUST AND INVESTMENT COMPANY, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Plaintiff Verizon Employee Benefits Committee and Defendants William Frost and Pershing LLC filed a joint stipulation and request to modify [Doc. 63] the preliminary injunction entered by the Court on April 14, 2014 in case no. 2:14-CV-04054-NKL [Doc. 25 therein], prior to consolidation.

The motion is GRANTED and the preliminary injunction is modified to permit payment of $319,487.59 to the Verizon Pension Plan.

SO ORDERED.

                s/ Nanette K. Laughrey
                NANETTE K. LAUGHREY
                United States District Judge

Dated: August 6, 2014
Jefferson City, Missouri