# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| VERIZON EMPLOYEE BENEFITS COMMITTEE, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SALLIE FROMM and CENTRAL TRUST AND INVESTMENT COMPANY, )<br>)<br>)<br>)<br>Defendants. | No. 2:14-CV-04047-NKL |

## ORDER

Plaintiff Verizon Employee Benefits Committee and Defendants Lois Brotherton and Pershing LLC filed a joint stipulation and request to modify, Doc. 82, the preliminary injunction entered by the Court on April 14, 2014 in case no. 2:14-CV-04052-NKL, Doc. 26 therein, prior to consolidation.

The motion is GRANTED and the preliminary injunction is modified to permit payment of $117,214.12 to the Verizon Pension Plan.

SO ORDERED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: August 19, 2014
Jefferson City, Missouri