# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| VERIZON EMPLOYEE BENEFITS COMMITTEE, ) ) ) Plaintiff, ) ) v. ) ) SALLIE FROMM and CENTRAL TRUST AND INVESTMENT COMPANY, ) ) ) ) ) Defendants. | No. 2:14-CV-04047-NKL |

## ORDER

Plaintiff Verizon Employee Benefits Committee and Defendants Kenneth Huskey and Edward Jones filed a joint stipulation and request to modify, Doc. 83, the preliminary injunction entered by the Court on April 14, 2014 in case no. 2:14-CV-04068-NKL, Doc. 21 therein, prior to consolidation.

The motion is GRANTED and the preliminary injunction is modified to permit payment of $223,022.32 to the Verizon Pension Plan.

SO ORDERED.

                                                                s/ Nanette K. Laughrey
                                                                 NANETTE K. LAUGHREY
                                                                 United States District Judge

Dated: August 19, 2014
Jefferson City, Missouri