# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| VERIZON EMPLOYEE BENEFITS COMMITTEE, | )<br>)<br>) No. 2:14-CV-04047-NKL |
| Plaintiff, | ) |
| v. | ) |
| SALLIE FROMM and CENTRAL TRUST AND INVESTMENT COMPANY, | )<br>)<br>) |
| Defendants. | ) |

## ORDER

Plaintiff Verizon Employee Benefits Committee and Defendants Gerald Craig and Edward Jones filed a joint stipulation and request to modify, Doc. 84, the preliminary injunction entered by the Court on April 14, 2014 in case no. 2:14-CV-04067-NKL, Doc. 23 therein, prior to consolidation.

The motion is GRANTED and the preliminary injunction is modified to permit payment of $152,514.44 to the Verizon Pension Plan.

SO ORDERED.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: August 19, 2014
Jefferson City, Missouri