IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| VERIZON EMPLOYEE BENEFITS COMMITTEE, | )<br>)<br>) No. 2:14-CV-04047-NKL |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| SALLIE FROMM and CENTRAL TRUST AND INVESTMENT COMPANY, | )<br>)<br>)<br>) |
| Defendants. | |

**ORDER**

Plaintiff Verizon Employee Benefits Committee and Defendants Alan Pauk and National Financial Services LLC filed a joint stipulation and request to modify, Doc. 92, the preliminary injunction entered by the Court on April 14, 2014 in case no. 2:14-CV-04058-NKL, Doc. 23 therein, prior to consolidation.

The motion is granted and the preliminary injunction is modified to permit payment of $279,585.32 to the Verizon Pension Plan.

SO ORDERED.

                                                                                      s/ Nanette K. Laughrey
                                                                                      NANETTE K. LAUGHREY
                                                                                      United States District Judge

Dated:  September 11, 2014
Jefferson City, Missouri